UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEVEN PAUL KOZOL,

          Plaintiff,

  v.

CLINT MAY, CORYDON WHALEY, RYAN GRAVES, KERRI McTARSNEY, and DENNIS DAHNE,

          Defendants.

NO. C11-5209 BHS/KLS

ORDER REGARDING PLAINTIFF'S EXHIBITS

Before the Court is a letter from Plaintiff Kozol to the Clerk of the Court, asking to file 152 pages of documents containing a "comprehensive factual account" in support of his complaint.  ECF No. 10.  Plaintiff filed his original complaint in this matter on March 17, 2011.  ECF No. 1.

Plaintiff must include all exhibits and attachments with his complaint and they may not be sent in separately to be "included" in his original complaint at a later time.  Due to the number of pages involved and the pleading requirements of a complaint, the Court will not consider these pages as part of Plaintiff's complaint.  However, the documents have been filed under ECF No. 10.  Therefore, the request to the clerk to make these documents part of the complaint is **DENIED.**

**DATED** this 2nd day of May, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER    1