UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEVEN PAUL KOZOL,

    Plaintiff,

v.

CLINT MAY, CORYDON WHALEY, RYAN GRAVES, KERRI McTARSNEY, and DENNIS DAHNE,

    Defendants

Case No. C11-5209BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 27).

On September 12, 2011, Judge Strombom issued the R&R recommending that the Court grant Plaintiff's motion to dismiss this action with prejudice. Dkt. 27.

The Court has considered the R&R and the remaining record, and no objections to the R&R having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     This action is **DISMISSED with prejudice**; and

(3)     The Clerk is directed to strike the remaining motions from the Court's calendar.

DATED this 20th day of October, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER