# United States District Court

WESTERN DISTRICT OF WASHINGTON

STEVEN PAUL KOZOL

**JUDGMENT IN A CIVIL CASE**

v.

CLINT MAY, et al.,

CASE NUMBER: C11-5209BHS

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R&R is **ADOPTED**;

This action is **DISMISSED with prejudice**; and

The Clerk is directed to strike the remaining motions for the Court's calendar.


October 24, 2011                              WILLIAM M. McCOOL
Date                                          Clerk


                                              *s/CM Gonzalez*
                                              Deputy Clerk